

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

———

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL. (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

———

ASSOCIATES
BRANDON H. DORMAN
WALDER THAME-TURNER°
MICHAEL KHAN
JAMES VOLPE
SUZANNE LODGE°
DEE JAE DILIBERTO

**WRITER'S E-MAIL:**
sverveniotis@msssv.com

**WRITER'S DIRECT DIAL:**
(516) 741-8488

December 4, 2025

Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Penn-Star Insurance Company v. North South Masonry Supply
              Inc., Penny Miles, MGX Associates Phase 1 F LLC,
              MGX Phase 1 F Housing Development Fund Corporation, et al.
              Civil Action No.:  25-cv-06048, Eastern District of NY
              File No.            :            24-015

Dear Judge Bulsara:

      Our firm represents plaintiff, Penn-Star Insurance Company ("Penn-Star"), in the above-referenced action, and we write to inform the Court that we have entered into an agreement with the City of New York whereby the City has agreed to waive all rights to challenge the positions of Penn-Star or other parties in this Declaratory Judgment Action as to denial of coverage under the Policy for the claims asserted in and that may arise from the Miles Action, and Penn-Star on that basis agrees to discontinue all claims as against the City and dismiss the City as a party in this Declaratory Judgment Action.   We therefore submit, for Your Honor to "So Order" the accompanying Stipulation of Dismissal and Discontinuance as to the City of New York.

                    Sincerely,
                    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                    s/Steven Verveniotis

                    Steven Verveniotis