UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
=============================================X
PENN-STAR INSURANCE COMPANY,

                              Plaintiff,

    - against-

NORTH SOUTH MASONRY SUPPLY INC., PENNY MILES, MGX ASSOCIATES PHASE 1 F LLC, MGX PHASE I F HOUSING DEVELOPMENT FUND CORPORATION, L&M BUILDERS GROUP LLC, TRIBOROUGH SCAFFOLDING AND HOISTING SERVICES INC., 4 BROTHERS & SONS FENCE INC., NIETO CONTRACTORS, INC. d/b/a L&M ROOFING AND RESTORATION, THE CITY OF NEW YORK, CR SAFETY CONSTRUCTION REALTY SAFETY GROUP, ACE INDUSTRIES NY LLC, AC ENTERPRISE LLC d/b/a ACE INDUSTRIES, URBAN PRECAST LLC, and R&M REPAIRS AND MAINTENANCE, INC.,

                              Defendants.
=============================================X

2:25-cv-06048-SJB-JMW

**STIPULATION OF DISMISSAL AND DISCONTINUANCE AS TO THE CITY OF NEW YORK ONLY**

**WHEREAS**, plaintiff PENN-STAR INSURANCE COMPANY ("Penn-Star") commenced this action (the "Declaratory Judgment Action") for a declaration that it has no obligation to provide coverage to the above-named defendants or any others seeking coverage under policy number PAV0252829 issued by Penn-Star to defendant NORTH SOUTH MASONRY SUPPLY INC. for the policy period of June 4, 2020 to June 4, 2021 (the "Policy") as to claims asserted in the lawsuit captioned <u>Penny Miles v. MGX Associates Phase I F LLC, MGX Phase I F Housing Development Fund Corporation, L&M Builders Group LLC, Triborough Scaffolding and Hoisting Services Inc., 4 Brothers & Son Fence Inc., L & M Roofing and Restoration, The City of New York, CR Safety Construction Realty Safety Group, Ace Industries NY LLC, AC Enterprise LLC d/b/a Ace Industries, Urban Precast, LLC, North South Masonry</u>

Supply Inc., and R & M Repairs and Maintenance. Inc., which is pending before the Supreme Court of New York, County of Kings, under index number 508349/2021 (the "Miles Action or "Underlying Action") in connection to bodily injury allegedly sustained by Penny Miles on January 6, 2021 while on the sidewalk or roadway area in front of 449 Chester Street, Brooklyn, New York 11212;

**NOW THEREFORE**, in consideration of the mutual promises and obligations contained in this Stipulation, Penn-Star and THE CITY OF NEW YORK ("City") agree and covenant as follows:

1. The City waives any right to challenge the positions of Penn-Star or other parties in this Declaratory Judgment Action as to coverage under the Policy for the claims asserted in and that may arise from the Miles Action, and Penn-Star agrees to discontinue all claims as against the City and dismiss the City as a party in this Declaratory Judgment Action; and

2. The discontinuance of all claims as against the City and dismissal of the City as a party in this Declaratory Judgment Action constitutes a resolution of all such claims in this Declaratory Judgment Action only without any costs, interest or attorneys' fees to either side.

3. Nothing contained in this Stipulation shall be construed to waive or release any other claims (including cross-claims, counterclaims, or third-party claims), rights, or defenses that the City may assert or has asserted in or with respect to the Miles Action, all of which are expressly reserved.

4. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original instrument, and all of which shall constitute a single agreement, but

any modifications or amendments to this Stipulation must be in writing and signed by the Parties.

| | |
|---|---|
| Dated: New York, New York<br>December 4, 2025 | Mineola, New York<br>December 4, 2025 |

*Anjan Mishra*

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

By: Anjan Mishra
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Rm. 3-218
New York, New York 10007
(212) 356-2035

*Attorney for the City of New York*

Steven Verveniotis
MIRANDA SLONE SKLARIN
VERVENIOTIS LLP
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

*Attorneys for Penn-Star Insurance Company*

SO ORDERED.

/s/ Sanket J. Bulsara   December 5, 2025
SANKET J. BULSARA
United States District Judge

Date: December 5, 2025
Central Islip, New York